# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146993

In re C. I. MORRIS, Minor.

SC: 146993
COA: 312248
Wayne CC Family Division:
08-483987-NA

_____/

On order of the Court, the application for leave to appeal the March 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2013

s0514

_____
Clerk